IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LATOYA SHANTELL HALVORSEN,<br>*aka Latoya Shantell Rivera,*<br><br>Defendant. | CR 18-79-BLG-SPW<br><br>**ORDER VACATING DETENTION HEARING** |

Upon motion of Defendant (Doc. 43), IT IS HEREBY ORDERED that the Detention Hearing presently set for October 4, 2018 is VACATED.

DATED this 3rd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge